UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LE ROYAL INTERNATIONAL
  DEVELOPMENT, LLC,

ELIAS PARTNERS, LLC,
PIERRE & RONI, LLC,
RONICAL INTERNATIONAL
  TRADING, LLC,

  Debtors.
  _____/

CHAPTER 11

CASE NO.: 8:14-bk-02667-MGW

*Jointly administered with:*
CASE NO.: 8:14-bk-02668-MGW
CASE NO.: 8:14-bk-02669-MGW
CASE NO.: 8:14-bk-02670-MGW

**ORDER GRANTING MOTION TO DISMISS
CHAPTER 11 CASES**

THIS CASE came on for hearing on June 3, 2014 at 9:30 a.m. upon the Motion To Dismiss Chapter 11 Cases (Doc. No. 158) (the "Motion") filed by Le Royal International Development, LLC, Elias Partners, LLC, Pierre & Roni, LLC, Ronical International Trading, LLC (collectively, the "Debtors").  Upon review of the Motion, argument of counsel, and noting the lack of any objection to the Motion and the consent of the primary secured creditor, Gateway Bank of Florida, it is

ORDERED:

1.     The Motion (Doc. No. 158) is granted.

2.     The Debtors' Chapter 11 cases are dismissed.

3. The Court reserves jurisdiction to consider the Final Application for Compensation and Reimbursement of Expenses filed by Johnson, Pope, Bokor, Reuppel & Burns, LLP (Doc. No. 162).

DONE AND ORDERED: June 09, 2014

_____
HONORABLE MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

*Elizabeth A. Green is required to serve a copy of this order on all interested parties and file a Proof of Service within three (3) days of the signing of this order.*